FILED
CLERK, U.S. DISTRICT COURT
10/15/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

ALEXANDREA DIANE BRETZ
7111 Santa Monica Blvd., Ste. B #1077
West Hollywood, CA 90046
Telephone: (562) 754-2937
Email: lexilucks@icloud.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDREA DIANE BRETZ, Plaintiff, v. TRANS UNION LLC, et al., Defendants. | Case No. 2:26-cv-09748-SPG-AS<br>Hon. Sherilyn Peace Garnett<br>Magistrate Judge Alka Sagar<br><br>**PLAINTIFF'S REQUEST FOR STATUS OF REQUEST TO PROCEED IN FORMA PAUPERIS (ECF No. 2)** |

TO THE COURT AND THE CLERK OF COURT:

Plaintiff Alexandrea Diane Bretz, appearing pro se, respectfully requests the status of her Request to Proceed In Forma Pauperis (ECF No. 2) and states as follows:

1. On August 27, 2026, Plaintiff filed her Complaint (ECF No. 1) together with her Request to Proceed In Forma Pauperis with Declaration in Support (ECF No. 2).

2. The action was transferred to this Court as related to Bretz v. Experian Information Solutions, Inc., No. 2:25-cv-01865-SPG-AS (ECF No. 11), and the Court entered its Initial Order (ECF No. 12).

3. As of October 14, 2026, the docket reflects no order on ECF No. 2, and no summons has issued.

4. The Initial Order provides that any defendant not served within 90 days after the case is filed shall be dismissed under Federal Rule of Civil Procedure 4(m), unless the plaintiff requests and justifies additional time. ECF No. 12. Ninety days after filing is November 25, 2026.

5. Plaintiff is proceeding diligently with service. On October 15, 2026, she submitted proposed summonses for each Defendant through the Electronic Document Submission System (EDSS tracking no. EDS-261015-003-8298), and she has prepared requests under Federal Rule of Civil Procedure 4(d) asking each Defendant to waive service.

6. The ruling on ECF No. 2 determines how service will proceed. If the request is granted, Plaintiff is entitled to have the officers of the Court issue and serve all process. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). If it is denied, Plaintiff will need time to pay the filing fee before summonses issue.

Accordingly, Plaintiff respectfully requests that the Court:

(a) advise Plaintiff of the status of her Request to Proceed In Forma Pauperis (ECF No. 2) and rule on it at the Court's earliest convenience;

(b) if the request is granted, direct the Clerk to issue summonses for Defendants Trans Union LLC, Equifax Information Services LLC, and Capital

One, N.A., and order service by the United States Marshal under Federal Rule of Civil Procedure 4(c)(3); and

(c) if the request is denied, allow Plaintiff a reasonable time to pay the filing fee.

If the timing of the ruling makes service by November 25, 2026 impracticable, Plaintiff will promptly file a request to extend the time for service under Rule 4(m) and ECF No. 12.

Dated: October 15, 2026

Respectfully submitted,
/s/ Alexandrea Diane Bretz
ALEXANDREA DIANE BRETZ
Plaintiff, Pro Se