FILED
CLERK, U.S. DISTRICT COURT
11/5/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

ALEXANDREA DIANE BRETZ
7111 Santa Monica Blvd., Ste. B #1077
West Hollywood, CA 90046
Telephone: (562) 754-2937
Email: lexilucks@icloud.com
Plaintiff, Self-Represented

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDREA DIANE BRETZ, | ) Case No. 2:26-cv-09748-SPG-AS |
| | ) Hon. Sherilyn Peace Garnett |
| Plaintiff, | ) Magistrate Judge Alka Sagar |
| | ) |
| v. | ) **PLAINTIFF'S NOTICE OF FILING** |
| | ) **CORRECTED CIVIL COVER** |
| TRANS UNION LLC; EQUIFAX | ) **SHEET (CV-71) IN RESPONSE TO** |
| INFORMATION SERVICES, LLC; | ) **NOTICE OF DEFICIENCY (ECF** |
| and | ) **No. 6)** |
| CAPITAL ONE, N.A., | ) |
| | ) |
| Defendants. | ) |

TO THE COURT AND THE CLERK:

Plaintiff Alexandrea Diane Bretz files the attached corrected Civil Cover Sheet (Form CV-71) in this action, No. 2:26-cv-09748-SPG-AS, in response to the Notice to Filer of Deficiencies (ECF No. 6).

Plaintiff submitted this cover sheet through EDSS on October 19, 2026

(EDS-261019-003-8449). On October 29, 2026, it was docketed as ECF No. 106 in the related case, Bretz v. LexisNexis Risk Solutions Inc., No. 2:25-cv-01865-SPG-AS, which appears on the form only in Section IX(b) as a related case. Plaintiff respectfully requests that the attached cover sheet be docketed in this action, No. 2:26-cv-09748-SPG-AS, and that ECF No. 106 in No. 2:25-cv-01865-SPG-AS be noted as filed in error.

Dated: November 5, 2026

______________________________

Alexandrea Diane Bretz

Plaintiff, Pro Se