THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(WESTERN DIVISION – LOS ANGELES)**

| | |
|---|---|
| ALEXANDREA DIANE BRETZ,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, CAPITAL ONE, N.A. and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No.: **2:26-cv-09748-SPG-AS**<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Amended

Complaint, Equifax responds as follows:

**COMPLAINT**

1. Equifax admits Plaintiff purports to bring claims pursuant to the Fair Credit Reporting Act ("FCRA"). Equifax denies any allegation it violated the FCRA. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged in Paragraph 1. To the extent Plaintiff has properly alleged their claims, Equifax admits the Court may exercise its jurisdiction.

2. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4. Equifax denies the allegations in Paragraph 4. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

**PARTIES**

5. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7. Equifax admits it is a consumer reporting agency as defined by the FCRA. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 7.

8. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

**JURISDICTION, VENUE AND RELATED CASE**

10. To the extent Plaintiff has properly alleged their claims, Equifax admits the Court may exercise its jurisdiction.

11. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

**TIMELINESS AND ACCRUAL**

16. Equifax states that the provisions of the FCRA speak for themselves and to the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 16.

17. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

## STATUTORY FRAMEWORK

20. Equifax states that the provisions of the FCRA speak for themselves and to the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 20.

21. Equifax states that the provisions of the FCRA speak for themselves and to the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 21.

22. Equifax states that the provisions of the FCRA speak for themselves and to the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 22.

23. Equifax states that the provisions of the FCRA speak for themselves and to the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 23.

24. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

## FACTUAL ALLEGATIONS

26. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48. Equifax denies the allegations in Paragraph 48. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

49. Equifax denies the allegations in Paragraph 49. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

50. Equifax denies the allegations in Paragraph 50. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

51. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53. Equifax denies the allegations in Paragraph 53. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

54. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged in Paragraph 54.

55. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged in Paragraph 55.

56. Equifax denies the allegations in Paragraph 56. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

57. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

62. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

63. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

64. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67. Equifax denies the allegations in Paragraph 67. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

68. Equifax denies the allegations in Paragraph 68. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

69. Equifax admits it reports consumer credit information. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 69.

70. Equifax denies the allegations in Paragraph 70. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

71. Equifax denies the allegations in Paragraph 71. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

72. Equifax denies the allegations in Paragraph 72. Equifax denies any allegation it

reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

73. Equifax denies the allegations in Paragraph 73. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

74. Equifax denies the allegations in Paragraph 74. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

75. Equifax denies the allegations in Paragraph 75. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

76. Equifax denies the allegations in Paragraph 76. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file.

77. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

78. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.1. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.2. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.3.

## CLAIMS FOR RELIEF

## COUNT I

## FCRA -15 U.S.C. § 1681e(b) AGAINST TRANS UNION LLC

79. Equifax reasserts and re-alleges its responses as set forth above.

80. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81.

82. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84.

85. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86.

87. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

**C0UNT II**

**FCRA -15 U.S.C. § 1681i AGAINST TRANS UNION LLC**

88. Equifax reasserts and re-alleges its responses as set forth above.

89. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

90. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90.

91. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91.

92. Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 92.

93. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93.

94. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94.

95. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95.

**COUNT III**

**FCRA -15 U.S.C. § 1681e(b) AGAINST EQUIFAX INFORMATION SERVICES, LLC**

96. Equifax reasserts and re-alleges its responses as set forth above.

97. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97.

98. Equifax denies the allegations in Paragraph 98. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

99. Equifax denies the allegations in Paragraph 99. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

100. Equifax denies the allegations in Paragraph 100. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

101. Equifax denies the allegations in Paragraph 101. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

102. Equifax denies the allegations in Paragraph 102. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

103. Equifax denies the allegations in Paragraph 103. Equifax denies any allegation it

reported inaccurate information in Plaintiff's credit file as alleged.

104. Equifax denies the allegations in Paragraph 104. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

105. Equifax denies the allegations in Paragraph 105. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

106. Equifax denies the allegations in Paragraph 106. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged. Equifax denies it violated the FCRA.

## COUNT IV

## FCRA -15 U.S.C. § 1681i AGAINST EQUIFAX INFORMATION SERVICES, LLC

107. Equifax reasserts and re-alleges its responses as set forth above.

108. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108.

109. Equifax denies the allegations in Paragraph 109. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

110. Equifax denies the allegations in Paragraph 110. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

111. Equifax denies the allegations in Paragraph 111. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

112. Equifax denies the allegations in Paragraph 112. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

113. Equifax denies the allegations in Paragraph 113. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

114. Equifax denies the allegations in Paragraph 114. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

115. Equifax denies the allegations in Paragraph 115. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

**COUNT V**

**CCRAA - CAL. CN. CODE § 1785.25(a) AGAINST CAPITAL ONE, N.A.**

116. Equifax reasserts and re-alleges its responses as set forth above.

117. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117.

118. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118.

119. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119

120. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120.

121. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121.

122. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122.

123. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123.

124. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124.

**COUNT VI**

**CCRAA - CAL. CN. CODE § 1785.14 AGAINST TRANS UNION LLC AND EQUIFAX INFORMATION SERVICES, LLC**

125. Equifax reasserts and re-alleges its responses as set forth above.

126. Equifax admits it is a consumer reporting agency as defined by the FCRA. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 126.

127. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127.

128. Equifax denies the allegations in Paragraph 128. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged.

129. Equifax denies the allegations in Paragraph 129. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

130. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130.

131. Equifax denies the allegations in Paragraph 131. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

**COUNT VII**

**CCRAA - CAL. CIV. CODE § 1785.16 AGAINST TRANS UNION LLC AND EQUIFAX INFORMATION SERVICES, LLC**

132. Equifax reasserts and re-alleges its responses as set forth above.

133. Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 133.

134. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134.

135. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135.

136. Equifax denies the allegations in Paragraph 136.

137. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137.

138. Equifax denies the allegations in Paragraph 138. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

**COUNT VIII**

**FCRA -15 U.S.C. § 1681s-2(b) AGAINST CAPTTAL ONE, N.A.**

**(CONDITIONAL AND IN THE ALTERNATIVE)**

139. Equifax reasserts and re-alleges its responses as set forth above.

140. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140.

141. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141.

142. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142.

143. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143.

144. Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 144.

145. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145.

146. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146.

**DAMAGES**

147. Equifax denies the allegations in Paragraph 147. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

148. Equifax denies the allegations in Paragraph 148. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

149. Equifax denies the allegations in Paragraph 149. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

**PRAYER FOR RELIEF**

Equifax denies Plaintiff is entitled to any relief claimed in the "WHEREFORE" Paragraph. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file. Equifax denies any allegation it caused Plaintiff to suffer any damages. Equifax denies it violated the FCRA.

**JURY DEMAND**

150. Equifax admits that Plaintiff demands a trial by jury.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2) it recover such other and additional relief as the Court deems just and appropriate.

DATED: November 24, 2026

Respectfully submitted,

NOKES & QUINN

By: *s/ Thomas P. Quinn Jr.*

Thomas P. Quinn Jr.
NOKES & QUINN
410 Broadway, Ste. 200
Laguna Beach CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
*Attorneys for Defendant Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 24, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Thomas P. Quinn Jr.*
Thomas P. Quinn Jr.