THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INFORMATION SERVICES LLC,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(WESTERN DIVISION – LOS ANGELES)**

| | |
|---|---|
| ALEXANDREA DIANE BRETZ,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, CAPITAL ONE, N.A. and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No.: 2:26-cv-09748-SPG-AS<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATION AS TO INTERESTED PARTIES** |

Defendant, Equifax Information Services LLC ("Equifax"), submits the below Certification as to Interested Parties pursuant to L.R. 7.1-1.

The undersigned, counsel of record for Equifax, certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification of recusal.

The listed party with a pecuniary interest is as follows: Equifax is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Respectfully submitted November 24, 2026.

NOKES & QUINN

/s/ Thomas P. Quinn, Jr.

THOMAS P. QUINN, JR. (Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
*Attorney for Defendant Equifax Information Services LLC*

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500